125 A.3d 1195

**Elmer DAVENPORT, Appellant**

v.

**PA. BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Nov. 18, 2015.

Elmer Davenport, pro se.

Alan Matthew Robinson, Jason Anthony Lambrino, PA Bd. of Probation and Parole, Harrisburg, for Appellee.

## *ORDER*

PER CURIAM.

**AND NOW,** this 18th day of November 2015, the Order of the Commonwealth Court is hereby **AFFIRMED.**